■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHANTE PULLIN, Appellant. [947 NYS2d 909]

Contrary to the defendant's contention, the Supreme Court did not err in enhancing the defendant's sentence based on her violation of the plea agreement (*see People v Andrews*, 62 AD3d 1237, 1239 [2009]; *People v King*, 309 AD2d 820 [2003]). Angiolillo, J.P., Dickerson, Leventhal and Chambers, JJ., concur.